# MEMORANDUM DECISIONS.

Ida Allen, Appellant, vs. Jane E. Porter, Appellee.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

F. W. Pope, for Appellant.

R. B. Archibald and John E. Hartridge, for Appellee.

The bill in this cause was filed by the appellee against the appellant and others. There was decree for the complainant, and upon application of the defendant Ida Allen severance was ordered and appeal entered in her name alone.

Appeal dismissed on motion of counsel for the appellee.